No. 10,220.

CAREY *v.* STATE.

From the Hancock Circuit Court.

*I. P. Poulson* and *W. F. McBane,* for appellant.

*D. P. Baldwin,* Attorney General, *L. P. Newby,* Prosecuting Attorney, and *W. W. Thornton,* for the State.

WOODS, J.—The appellant was convicted of an unlawful sale of intoxicating liquor on Sunday, and asks a new trial on account of the insufficiency of the evidence. The appellant testified in his own behalf, denying knowledge of the sale; but there was evidence from which the jury may well have inferred his knowledge of and consent to the sale, which was made by another as his agent or clerk, and we can not disturb the verdict.

Judgment affirmed.